Case: 1:26-mj-00141
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 8/14/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

1.      On August 13, 2026, Members of the Metropolitan Police Department Robbery Suppression Unit executed a DC superior court search warrant at ████████████████████ ████████████.

2.      Once arriving at the front door of the residence, Metropolitan Police Department ("MPD") officers, in an effort to avoid any property damage and optimize scene safety, conducted a loud verbal knock and announce. After a reasonable amount of time, entry was attempted by officers.

3.      After several attempts by officers to enter, the door was opened by a male later identified as Omar ALLEN (DOB: ████████ PDID: ██████). Upon entry into the residence Defendant Allen was detained without incident. While conducting an initial sweep of the residence, officers positioned on the outside of the building advised the officers inside the apartment by radio that they observed a bag containing a white powdery substance being tossed from an opened window in the apartment. *See* Figure 1.



*Figure 1*

4.      Investigators inside the apartment observed on the subject windowsill and on the floor of the bedroom from which the white powdery substance was thrown, a loose white rock substance which appeared to be the same substance that was recovered from the ground. *See* Figure 2.



*Figure 2*

5.      The white powdery substance (Field Test Positive ("FTP") for cocaine base) and with packaging, the suspected cocaine base weighed 184 grams. *See* Figure 3.  Based upon my training and experience, the net weight of the white powdery substance is significanly more than 28 grams.



*Figure 3*

6.      Once the location was deemed clear and safe, law enforcement conducted a search of the entire residence.

7.      During the search, law enforcement located the following:

a.  Inside the laundry room:

- 10,747 grams of Marijuana (Field Test Positive ("FTP") for THC, a controlled substance).  *See* Figure 4, below.



*Figure 4*

b.  Inside the kitchen:

- 1,450 grams of Marijuana (FTP THC) *See* Figure 5.

- 2 digital scales containing green residue. *See* Figure 5.



*Figure 5*

- Three plastic bags containing suspected Psilocybin (mushrooms), a controlled substance. With packaging, the suspected Psilocybin weighed 900 grams. *See* Figure 6.



*Figure 6*

 c. Inside the bedroom:

  • One pill bottle containing (25) multicolored suspected MDMA pills, a controlled substance. *See* Figure 7.



*Figure 7*

 8. During the search of the living areas next to the kitchen, law enforcement

recovered $17,987.00 in U.S. Currency in various denominations. *See* Figure 8. In addition, law

enforcement located mail matter, including tax documents, bearing Omar ALLEN's name with the search location listed as his address.



*Figure 8*

9.      Based on the above facts and circumstances, the quantity of suspected narcotics recovered, the different variety of suspected narcotics recovered, the manner in which the narcotics were packaged, and the presence of instruments commonly used to separate larger quantities of narcotics into smaller, individually packaged amounts, all suggest the narcotics were intended for distribution as opposed to personal use. This is supported by the lack of paraphernalia commonly used for personal consumption.  Finally, the recovery of a large amount of U.S. Currency, in various denominations, is consistent with proceeds from narcotics transactions.

10.      Thus, in light of the above, and based on the training and experience of your affiant, the suspected cocaine base, both inside the apartment and outside the apartment, is more consistent with possession with intent to distribute.

11. During his post-arrest interview, ALLEN admitted to acquiring the suspected cocaine base and marijuana for purposes of redistribution to others.

12. Based on the foregoing facts, I submit that there is probable cause to believe that on August 13, 2026, Omar ALLEN violated 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii), which makes it a crime for any person to possess with the intent to distribute 28 grams or more of a mixture or substance containing cocaine base.

_____
Allorie R. Keleman
Investigator
Metropolitan Police Department

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, the fourteenth day of August 2026.

_____
HONORABLE MATTHEW SHARBAUGH
UNITED STATES MAGISTRATE JUDGE