**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 26-MJ-141 (MJS)** |
| | : | |
| **OMAR E. ALLEN,** | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT MOTION TO CONTINUE

Comes Now, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Motion to continue the Status Hearing current set for September 22, 2026.

In support of this Motion, the parties state as follows:

1. On August 14, 2026, defendant Omar Allen was charged by complaint with a single count of Unlawful Possession with Intent to Distribute 28 Grams or More of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii). [Dkt. # 1].

2. On August 18, 2026, the defendant had his initial appearance, at which time the United States moved for detention. [Dkt. # 7].

3. On August 19, 2026, the detention hearing was held; the Court denied the motion for detention and released the defendant on conditions. At that hearing, the defendant waived his right to a preliminary hearing and the Court set a status hearing for September 22, 2026. [Dkt. # 9, 10].

4. Since the detention hearing, the parties have been discussing a possible resolution for this case. The parties are continuing to work through the details of a proposed resolution and anticipate that additional time will be necessary to finalize any plea agreement and related paperwork.

5. Undersigned counsel respectfully requests that the status conference scheduled for September 22, 2026 be continued approximately 30 days, to October 22, 2026, or a date thereafter convenient to the Court.

6. Undersigned counsel further requests that the time between the date of this Motion, September 18, 2026, and the next status conference be excluded under the Speedy Trial Act. The exclusion of time best serves the interest and ends of justice and outweighs the interests of the public and the defendant in a speedy trial because excluding such time will afford the parties additional time to resolve this case and obviate the need for trial.

7. Counsel for the defendant has indicated that she does not oppose this Motion.

WHEREFORE, the United States respectfully requests that this Motion to Continue be GRANTED.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Alyssa Levey-Weinstein*
ALYSSA LEVEY-WEINSTEIN
N.Y. Bar No. 5909387
Assistant United States Attorney
Violent Crime and Narcotics Trafficking Section
601 D. Street, N.W.
Washington, D.C. 20004
(202) 803-1612
Alyssa.levey-weinstein@usdoj.gov